IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRACY PARSONS;

           Plaintiff,

   vs.

METROPOLITAN LIFE
INSURANCE COMPANY, doing
business as MetLife, Office of Federal
Employees' Group Life Insurance
(OFEGLI), and SHARON PARSONS,

           Defendant.

4:25-CV-3257

ORDER

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 18), recommending that the Court grant the plaintiff's motion to remand (filing 8) in part. There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

IT IS ORDERED:

1.     The Magistrate Judge's Findings and Recommendation (filing 18) are adopted.

2.     The plaintiff's motion to remand (filing 8) is granted in part.

3.    This case is remanded to the District Court for Washington County, Nebraska.

4.    A separate judgment will be entered.

Dated this 17th day of March, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge